**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION - TOLEDO**

| | |
|---|---|
| AARON CROWL, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:20-CV-02707 |
| ) | |
| v. ) | |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| a corporation, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

The undersigned counsel requests entry of an order authorizing DUNN HARRINGTON LLC to substitute for HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD. as counsel of record for Plaintiff effective January 1, 2021. Attorney Robert E. Harrington, III will continue to represent Plaintiff in this matter through DUNN HARRINGTON LLC. Plaintiff requests the Court's docket reflect this change and DUNN HARRINGTON LLC will be counsel of record for Plaintiff and HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD. will be relieved from further responsibility in this case and removed from any service lists. By signing below, counsel certify that Plaintiff has consented in writing to this change.

Dated: December 18, 2020

       Respectfully submitted,

By: /s/ Robert E. Harrington, III
   Robert E. Harrington III
   DUNN HARRINGTON LLC
   20 W. Washington St., Suite 1500
   Chicago, Illinois 60602
   Tel: (312) 548-7221
   Fx: (312) 548-7223
   E-mail: reh@dhinjurylaw.com

*Counsel for Plaintiff Aaron Crowl*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **December 18, 2020** a copy of the foregoing:

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    Respectfully submitted,


    /s/ Robert E. Harrington, III
    Robert E. Harrington, III